ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JUN 17 PM 2: 46
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RICHARD JEPTHA ELLIS, | ) |
| Plaintiff, | ) |
| v. | ) CV 316-022 |
| DR. FNU CROWDEN, Dentist, Johnson State Prison; JOHN or JANE DOE, Company Providing Dentist to Johnson State Prison; and JOHN or JANE DOE, Medical Director over Georgia Department of Corrections, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 17th day of June, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE